ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No.12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
       brett.coombs@akerman.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; BERNINI DR TRUST; ALESSI & KOENIG, LLC,<br><br>　　　　　Defendants.<br><br>BERNINI DR TRUST,<br><br>　　　　　Counterclaimant,<br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　Counterdefendant. | Case No.: 2:16-cv-00474-APG-VCF<br><br>**NOTICE OF DISASSOCIATION** |

　　　　Bank of America, N.A. (**BANA**) hereby provides notice Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Ms. Schmidt be removed from the CM/ECF service list. Akerman LLP will continue to represent **BANA** and requests ARIEL

{40600327;1}

1

E. STERN, ESQ., and BRETT M. COOMBS, ESQ. receive all future notices.

Respectfully submitted, this 9th day of February, 2017.

**AKERMAN LLP**

/s/ *Brett M. Coombs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS ESQ.
Nevada Bar No. 12570
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 2-14-2017

_____
UNITED STATES MAGISTRATE JUDGE

{40600327;1}

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February, 2017 and pursuant to FRCP 5, I served via this Court's CM/ECF electronic filing system and/or U.S. regular mail a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION**, addressed as follows:

| | |
|---|---|
| **Michael F. Bohn**<br>Law Office of Michael F. Bohn<br>376 East Warm Springs Rd., Ste. #140<br>Las Vegas, NV 89119 | **Daniel Hill**<br>**Jordan J Butler**<br>**Gregory P. Kerr**<br>Wolf, Rifkin, Shapiro & Schulman<br>3556 E. Russel Road, 2nd Floor<br>Las Vegas, NV 89120 |
| **Jeanette E. McPherson**<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard<br>Suite 1100<br>Las Vegas, NV 89146 | |

*/s/ Renee Livingston*
An employee of AKERMAN LLP

{40600327;1}

3