UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A.<br><br>　　　　　　　Plaintiff,<br>v.<br>SOLANA DEL MAR COMMUNITY ASSOCIATION, et al.<br><br>　　　　　　　Defendants. | Case No. 2:16-cv-00474-APG-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 42) |

This matter is before the court on the Substitution of Attorneys (ECF No. 42). Charles L. Geisendorf of Geisendorf & Vilkin seeks leave to be substituted in the place of Michael Bohn of the Law Offices of Michael F. Bohn, for Defendant Bernini Dr Trust. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 24) is **GRANTED**.
2. Charles L. Geisendorf of Geisendorf & Vilkin is substituted in the place of Michael Bohn of the Law Offices of Michael F. Bohn for Defendant Bernini Dr Trust, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 7th day of August, 2017.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1